STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>YAPSODY ENTERTAINMENT, INC.,<br><br>*Defendant*. | CASE NO.: 2:21-cv-00003-MRW<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice, with each party to bear its own fees and costs.

Dated: April 1, 2021                        Respectfully submitted,

                                            /s/ Stephen M. Lobbin
                                            **Attorney for Plaintiff Scanning Technologies Innovations, LLC**

1