# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 21-3 MRW |
| Date | April 12, 2021 |
| Title | Scanning Technologies Innovations v. Yapsody Entertainment |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSAL**

    Plaintiff filed a notice voluntarily dismissing this case without prejudice. (Docket # 13.) This action is dismissed without prejudice.